Case 4:24-cv-01414   Document 17   Filed on 07/28/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VESTA AUTRY, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:24-CV-01414 |
| § | |
| MARTIN O'MALLEY, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on July 11, 2025. Doc. #16. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Vesta Autry's Motion for Summary Judgment (Doc. #10) is hereby GRANTED. Defendant Commissioner of Social Security Administration's Cross-Motion for Summary Judgment (Doc. #15) is DENIED. It is further ORDERED that the decision of the Commissioner of Social Security is VACATED, and this matter is REMANDED for further proceedings.

It is so ORDERED.

JUL 2 8 2025
Date

The Honorable Alfred H. Bennett
United States District Judge